**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-mj-2737-SPF | **DATE:** | August 25, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARINA SALVADOR AGUSTIN | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Belkis Callaos, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 2:08 PM - 2:39 PM | **TOTAL:** 31 mins | **PRETRIAL:** | Jasmine King |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS: INITIAL APPEARANCE, PRELIMINARY HEARING**

Court calls the case and counsel make appearances.

Interpreter sworn.

Defendant present.

Defendant provided with copy of complaint.

Court advises of Defendant's Rule 5 rights and charges.

Oral Order of Due Process.

Financial affidavit filed.

Oral motion for counsel. Motion granted and the Court appoints the Public Defender's Office.

Preliminary hearing held. Government calls Special Agent with the United States Department of State's Diplomatic Security Service, Orlys Oquendo, who is sworn and testified. Cross examination by defense.

Probable cause is established.

**Detention:**
Government: Seeking detention, Proffer of counsel.

Defendant: Seeking release. Oral motion to continue detention hearing by defense. Motion granted and the detention hearing is scheduled for Tuesday, September 1, 2026, at 11:30.

Court adjourned.