UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE No. 8:26-mj-2737-SPF

MARINA SALVADOR AGUSTIN

# ORDER

This cause came before the Court for a preliminary hearing on a criminal complaint charging the Defendant with False Statement in Application for U.S. Passport (Doc. 1). At the hearing, the Court heard testimony from DSS Special Agent Orlys Oquendo regarding the Defendant's alleged involvement in this offense. For the reasons stated by the Court at the conclusion of the hearing, the Court finds there is probable cause to believe that the Defendant committed the charged crime.

SO ORDERED in Tampa, Florida, this 25TH day of August 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE