AUG 25 2026 AM11:24
FILED - USDC - FLMD - TPA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Marina Salvador Agustin a/k/a Y.M.V.A.

*Defendant*

Case No. 8:26-mj-2737-SPF

RECEIVED U.S. MARSHALS
2026 AUG 25 AM8:59

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Marina Salvador Agustin a/k/a Y.M.V.A. , who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

False Statement in Application for U.S. Passport in violation of 18 U.S.C. § 1542

Date: 8/24/2026

[signature]
*Issuing officer's signature*

City and state: Tampa, Florida

HON. SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/25/26 , and the person was arrested on *(date)* 8/25/26 at *(city and state)* ORLANDO, FL .

Date: 8/25/26

[signature]
*Arresting officer's signature*

SA ORLYS OQUENDO DSS
*Printed name and title*