UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO. 8:26-MJ-2737

**MARINA SALVADOR AUGUSTIN**

Defendant.
_________________________/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **Austin Crocker, Esquire**, 625 East Twiggs Street Ste 100 Tampa, Florida 33602, enters his appearance in this matter and represents **MARINA SALVADOR AUGUSTIN,** Defendant and requests that copies of all pleadings, notices and other papers filed herein be served upon him.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Foregoing has been furnished by electronic service CM/ECF to the U.S. Attorney's Office, on this August 28, 2026

.

**/s/ Austin Crocker, Esq**

/s/ **AUSTIN CROCKER, ESQ**
625 East Twiggs Street Ste 100
Tampa, Florida 33602
(813) 229-5353
Attorney for Defendant
Fla Bar: 1058018