**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:26-mj-2737-SPF | **DATE:** | September 1, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA<br>v.<br>MARINA SALVADOR AGUSTIN | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Erin Favorit, AUSA | |
| | | **DEFENSE COUNSEL**<br>Austin Crocker, Retained | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 11:54 AM to 12:04 PM | **TOTAL:** 10 mins | **PRETRIAL:** | Jasmine King |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS**: **DETENTION HEARING**

Court calls the case and counsel make appearances.

Interpreter sworn.

Government: Seeking detention. Proffer of counsel.

Defense: Seeking release. Proffer of counsel.

Court: The Court orders the Defendant detained for the reasons stated on the record.

Court adjourned.